UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L.S.M. a minor by his mother THERESA E. ELZY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 1:10-cv-01593-MJD-JMS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | ) ) ) ) | |
| Defendant. | ) ) | |

**JUDGMENT**

The Court, having this day made its Entry,

    IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that L.S.M., a minor by his mother Theresa E. Elzy, was not entitled to Social Security Supplemental Security Income Disability benefits based upon his application filed on June 12, 2007, is REVERSED and REMANDED.

Dated: 12/30/2011

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com